DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>　　　　Defendant. | Case No.<br><br>COUNT 1:<br>BANK ROBBERY<br>　Vio. 18 U.S.C. § 2113(a) and (d)<br><br>COUNT 2:<br>POSSESSION OF A FIREARM IN<br>FURTHERANCE OF A VIOLENT<br>CRIME<br>　Vio. 18 U.S.C. §§ 924(c)(1)(A) and<br>924(c)(1)(A)(ii) |

INDICTMENT

The Grand Jury Charges that:

COUNT 1

On or about May 25, 2005 within the District of Alaska, the defendant,

CLEVELAND THOR ADAMS, did, by force, violence and intimidation take from the

person or presence of another money, approximately $17, 695, belonging to and in the care, custody, control, management, and possession of the True North Federal Credit Union, whose deposits were then insured by the National Credit Union Administration, and in committing such offense, the defendant, CLEVELAND THOR ADAMS, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 2

On or about May 25, 2005, within the District of Alaska, the defendant, CLEVELAND THOR ADAMS did knowingly and intentionally use, carry, possess, and

//

//

//

brandish a firearm during and in relation to a violent crime, as described in Count 1 of this indictment, to wit: a black semi-automatic handgun, all of which is in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(ii).

A TRUE BILL.

                                                                                          s/Grand Jury Foreperson
                                                                                          GRAND JURY FOREPERSON

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: deb.smith@usdoj.gov

DATED:   2/21/06