DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>               Plaintiff,                      )<br>                                                               )<br>     vs.                                                  )<br>                                                               )<br> CLEVELAND THOR ADAMS,      )<br>                                                               )<br>               Defendant.                   )<br>_____ ) | Case No. 4:06-cr-009<br><br>**MOTION TO UNSEAL CASE** |

  COMES NOW Plaintiff, the United States of America, and moves this court to unseal the above mentioned case.

  There are no safety concerns that require sealing the indictment at this time.

RESPECTFULLY SUBMITTED this 28th day of February, 2006, at Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>Email: bryan.schroder@usdoj.gov
>Bar # 21146