IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06-cr-009 |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | ORDER |
| vs. ) | |
| ) | |
| CLEVELAND THOR ADAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that Case No. 4:06-cr-009 is hereby unsealed.

DATED this _____ day of February, 2006, at Fairbanks, Alaska.

_____
United States District Judge