DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | Case No. 4:06-CR-009 |
| | ) | |
| CLEVELAND THOR ADAMS, | ) | PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) | PROSEQUENDUM |
| | ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

CLEVELAND THOR ADAMS, who is imprisoned by the State of Alaska Department of Corrections, at Fairbanks Correctional Center, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Cleveland Thor Adams, Case No. 4:06-CR-009, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be

instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Fairbanks, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

DEBORAH M. SMITH
Acting United States Attorney

DATED: 2/28/06

s/Bryan Schroder
BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar #21146