DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-009 |
| | ) | |
| Plaintiff, | ) | **ERRATA TO MOTION TO** |
| | ) | **UNSEAL CASE ON** |
| vs. | ) | **SHORTENED TIME** |
| | ) | |
| CLEVELAND THOR ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff, the United States of America, and moves this court to unseal the above mentioned case, on shortened time. The Government's original Motion to Unseal Case, at docket number 4, failed to request that the matter be

considered on shortened time.

        RESPECTFULLY SUBMITTED this 1st day of March, 2006, at Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        Email: bryan.schroder@usdoj.gov
        Bar # 21146