**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> CLEVELAND THOR ADAMS </u>

THE HONORABLE TERRANCE W. HALL

<small>DEPUTY CLERK</small>                                              CASE NO.  <u> 4:06-CR-00009-RRB </u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: March 2, 2006</u>

     ARRAIGNMENT is scheduled for Thursday, March 9, 2006 at 1:30 p.m. in Courtroom 2, U.S. Courthouse and Federal Building, Fairbanks, Alaska.

[]{IA.WPD*Rev.12/96}