```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA

U.S.A. vs    CLEVELAND THOR ADAMS     CASE NO.  4:06-CR-0009-RRB
Defendant:    Present    X  In Custody     On Summons     On Bond

BEFORE THE HONORABLE          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:        MISTY DAVENPORT

UNITED STATES ATTORNEY:       BRYAN SCHRODER

DEFENDANT'S ATTORNEY:         M.J. HADEN

U.S.P.O.:                     MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT  Held: 03-09-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

 X Copy of Inf/Ind/Cmplt given to defendant: waived reading.

 X Defendant sworn.

 X Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name: CLEVELAND THOR ADAMS

 X Financial Affidavit filed.
    X Federal Public Defender accepted appointment.

 X PLEA(S):    ___Guilty to Counts
                X Not Guilty to Counts   1 and 2 of Indictment

 X Counsel advised of trial date:   May 8, 2006 @ 8:30 a.m.

 X Court accepted plea(s).

 X Defendant detained

 X Pretrial motions due   March 30, 2006

At 1:44 p.m. court adjourned.



DATE: 03-10-06           DEPUTY CLERK'S INITIALS:      MLD
```