UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**PROPOSED<br>ORDER EXTENDING PRETRIAL<br>MOTIONS DEADLINE** |

　　　　　After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

　　　　　After due consideration of defendant's motion to continue pretrial motions deadline, the court GRANTS/DENIES the motion. Pretrial motions in the above-styled case are now due on Thursday, April 6, 2006.

　　　　　DATED _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge