M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>    Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL DATE** |

    Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the trail date in the above styled case that is currently scheduled for May 8, 2006.  This motion is necessary to allow adequate time for Mr. Adams to litigate any pretrial motions.  Currently pretrial motions are due on March 30, 2006.  Mr. Adams has requested a one week continuance of the pretrial motions deadline because the Office of the Federal Defender is in the middle of relocating; thus, equipment and resources are in the process of being packed and transported to the new location.

A continuance of the trial in his case is appropriate in order to preserve Mr. Adams's Fifth Amendment right to due process and Sixth Amendment right to effective assistance of counsel. In addition, a continuance is appropriate to provide Mr. Adams adequate time to litigate his pretrial motion and, if necessary, to discuss a negotiated disposition of the case with the government.

This motion is filed pursuant to D. Alaska Loc. R. 47.1. and 18 U.S.C. § 3161(h)(1)(F). Assistant United States Attorney Bryan Schroder is unopposed to the continuance.

DATED this 29th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 29, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden