UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>    Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**PROPOSED<br>ORDER CONTINUING TRIAL** |

   After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

   After due consideration of defendant's motion to continue the trial date, the court GRANTS/DENIES the motion. The trail date currently scheduled for May 8, 2006, is hereby vacated and rescheduled for _____, 2006 at _____a.m./p.m.

   DATED _____, 2006, in Anchorage, Alaska.


                   _____
                   Ralph R. Beistline
                   United States District Court Judge