UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v. CLEVELAND THOR ADAMS 

DATE:   March 30, 2006        CASE NO.   4:06-CR-0009-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A hearing on Defendant's Unopposed Motion on Shortened Time to Continue Trial (Docket 16) will be held on **Thursday, March 30, 2006, at 3:15 p.m.,** in Courtroom 1, in Fairbanks, Alaska. Plaintiff's counsel may attend telephonically by calling Meet-Me-Bridge A at 677-6246.

M.O. SCHEDULING HEARING