M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>                Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**MOTION TO SUPPRESS PHOTOGRAPHIC LINEUP IDENTIFICATION AND IN-COURT IDENTIFICATION** |

Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden, Staff Attorney, moves this court for an order suppressing use of the photographic lineup identification and any subsequent in-court identification.  Mr. Adams requests this relief based on his contention that the photo lineup was unduly suggestive and therefore violative of his rights to due process under the Fifth Amendment to the United States Constitution.

This motion is based upon Mr. Adams' Fifth Amendment right to due process, Fed. R. Crim. P. 12(b), D. Alaska Loc. R. 7.1, and is supported by the attached memorandum of law.  Mr. Adams is requesting an evidentiary hearing in a separate motion so that he can adduce testimony in support of his motion.

DATED this 6th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden