






000036