**RECEIVED**
JAN 1 2 2006
Public Defender Agency
Fairbanks

1    IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

2                 FOURTH JUDICIAL DISTRICT

3  STATE OF ALASKA,              )
                                  )
4          Plaintiff,             )
                                  )
5      vs.                        )
                                  )
6  CLEVELAND ADAMS,               )
                                  )
7          Defendant.             )
   _____)
8  Case No:   4FA-05-03174 CR

9                    VOLUME I

10       TRANSCRIPT OF GRAND JURY PROCEEDINGS

11       September 21, 2005   Pages 2 through 189

12       September 22, 2005   Pages 190 through 215

FILED in the Trial Courts
State of Alaska, Fourth District

JAN 10 2006

By_____ Deputy

*CONFIDENTIAL* (watermark)

DISCLAIMER
Transcripts Prepared for the Alaska Court System
The Alaska Court System has accepted this transcript based on either review of a random sample or without review because the transcriber's prior work has consistently met court system standards. Because it is possible that this transcript may contain some errors, the court system encourages parties to listen to the tapes of critical portions of the proceedings and to bring any significant errors to the ACS Transcript Coordinator's attention immediately

# A & T Transcripts
## (817) 685-7556

**Page 190**

```
10              GRAND JURY
11              Fairbanks, Alaska
12              September 22, 2005
13              8:48 o'clock a.m.
14  APPEARANCES:        JEFFREY A. O'BRYANT
15                      District Attorney
16                      455 Third Avenue, Suite 150
17                      Fairbanks, Alaska
```

**Page 191**

1                    PROCEEDINGS
2   4FAGJ05-96
3   08:48:15
4       THE CLERK: On record.
5       MR. O'BRYANT: We're back on record, ladies and
6   gentlemen, in the matter of State of Alaska versus Cleveland
7   Adams. I'd like to verify that everybody that's here today
8   was here yesterday for this matter. Sure appears that way to
9   me. Is anybody that wasn't here yesterday? No hands. Okay.
10  We've got two more witnesses and then we'll have some
11  instructions and law and allow you to deliberate in that case.
12  Any questions before we take testimony? No hands. Okay.
13  Jason, if you'd stand and raise your right hand, the clerk
14  will swear you in, please.
15      (Oath administered)
16      MR. ROTH: I do.
17                  JASON ROTH
18  called as a witness, testified as follows on:
19              DIRECT EXAMINATION
20      THE CLERK: Please be seated. State your name and spell
21  your first and last name.
22  A   Jason Roth. J-a-s-o-n, R-o-t-h.
23      THE CLERK: What's your city of residence?
24  A   Fairbanks.
25      THE CLERK: Occupation?

**Page 192**

1   A   Self-employed.
2   BY MR. O'BRYANT:
3   Q   Jason, appreciate you being here this morning. Like you
4       to think back to the 25th day of May sometime possibly
5       late afternoon or early evening. We have information
6       that apparently or possibly, you and your mother and
7       another individual were at a property owned by you or
8       your mother with the idea that other individual might be
9       interested in renting it, when another individual showed
10      up and made for, shall we say, something a little -- some
11      sort of an experience that afternoon, maybe a little more
12      memorable. Can you tell us about that, please?
13  A   Yeah. There's -- I was at 1445 Lorraine Street, where
14      the -- the girl was coming to rent. I was in the front
15      of the shed out by the street, kind of organizing the
16      shed out there, and I heard -- sounded like someone jump
17      a fence, like when you jump it you kick it first and you
18      go over it. Kind of.....
19  Q   Like a wooden fence or a chain link?
20  A   Chain link.
21  Q   So you got the rattle of the metal?
22  A   Yeah. Chain link fence. So I kind of was walking
23      towards the front of the shed to kind of look out, and a
24      gentleman walked right by in front of me, practically
25      came in the shed almost, circled around. And I said, hi;

**Page 193**

1   he goes, hey, walked around, and kind of went back
2   towards the apartment building where my mom was showing
3   the apartments. So I thought, where's he going. So I
4   kind of walked a little more, looked back, and just
5   watched him down there. Went back in the shed, thinking
6   he seemed kind of suspicious, so went back, looked again.
7   And he was kind of -- there's a minivan parked there and
8   he was just hiding behind the minivan, kind of looking
9   over, kind of -- I don't know what he was looking for,
10  just kind of hiding behind it, peeking around it, not at
11  me, more at the apartment building.
12      And then I went back in, took my wallet out of my
13  pocket, put it in the shed, locked the shed up, kind of
14  stood there, looked back down towards the apartment, saw
15  my mom walking out with the woman. She was talking to
16  her, maybe about renting it. Walked towards her car.
17  They said goodbye, I could hear. And then as soon as my
18  mom walked away from the girl, I saw the gentleman run
19  over to her, start using his hands, talking to her. And
20  then my mom kind of was halfway towards me and the car,
21  saw him talking to her, using his hands, went back over
22  there, said, is there a problem, can I help you out. And
23  I could hear him saying, I just need a ride. And then
24  that girl just -- as soon as I got turned to talk to my
25  mom, she jumped in her car and was pretty much out of

A&T Transcripts
817-685-7556

```
 1   there. Then he was walk -- my mom started walking
 2   towards me and I was walking towards her. And he was
 3   just saying -- I could hear him say, I just need a ride,
 4   I just want to get out of here, I just need a ride; I
 5   don't know where I'm at. She walked out to the front of
 6   the shed. It's right by the mailbox on Lorraine Street.
 7   And then he said, I just need a ride, you guys. And he
 8   said to me, you probably know my people; I know your
 9   people; I just need a ride, just need to get out of here.
10   And he said, I don't need your money, I got this much
11   money, and pulls out a wad of money, flips through it,
12   and he goes, I got 15,000 here. It's the most money I've
13   ever seen, hundreds. Just flipped it out. Put it back
14   in his pocket.
15        And I thought we were going to get jumped,
16   basically. He was almost right -- close by, just -- I
17   need to get a ride, I need out of here, I need out of
18   here, I don't know where I'm at, and kept doing that --
19   here, I'll give you $100 if you guys give me a ride, you
20   can buy some clothes with it; I'll give you 200 if you
21   give me a ride; just need to get out of here -- and
22   whipped out the money again. Flipped it, flipped through
23   it, said, I got 15 grand here; I just want to get out of
24   here. And I kept saying, well, go ask those people down
25   the street for a ride. Because I just wanted to get him
                                                         194
```

```
 1 Q  All right.
 2 A  .....it in the paper.
 3 Q  Help us with directions. If -- where you saw this green
 4    car with all these kind of dressed-up people.....
 5 A  Uh-huh (affirmative).
 6 Q  If you walked from your, could you -- does that abut your
 7    property where you saw that car?
 8 A  My mom owns 1445 Lorraine Street, where the sheds were
 9    and where my mom was showing the apartment. She also
10    owns 1451, the log house next door. The back yard of
11    that is a.....
12 Q  The back yard of the.....
13 A  Is.....
14 Q  .....log house?
15 A  .....is a -- the board -- boarding house where I saw the
16    car.
17 Q  Okay. Describe this individual, please?
18 A  Light-skinned black male. He was shorter than me. I'm
19    5'11". He's probably 5'8". About -- with his clothing,
20    he looked like he'd weigh more than he probably did. He
21    had loose-fitting clothes. I'd say 170.
22 Q  Young or old?
23 A  I was guessing 25 when I saw him.
24 Q  Any other physical identification?
25 A  He had tattoos, either one or two on each arm.
                                                         196
```

```
 1   out of there, wanted to get my mom in the car and have us
 2   get out of there. And he said, I don't know those
 3   people, I just need a ride; I don't know where I'm --
 4   then I think I heard my mom say, well, you're right off
 5   Airport Way; just go right over there. And he's like,
 6   I -- come on, I just want a ride. Pulled out the money
 7   again: I don't need your guys's money, I'm not going to
 8   take your money, I just want a ride; here, look, look at
 9   the -- I got 15,000 -- just jittery the whole time.
10        Then he -- I said -- my mom said, well, just go down
11   there, you'll get on Airport. And he goes, really, it's
12   right over there, Airport Way. And she said, yeah. So
13   he said, oh, okay. And then he walked down the street
14   towards 15th Avenue and went right. And then I said, get
15   in the car, let's get out of here. So we went and got in
16   the car, and I saw him peeking -- he was hiding in an
17   apartment building's walkway with some hedges and he was
18   peeking down like this. And another gentleman was riding
19   a bike by and he started talking to him. We went left,
20   went around onto Turner, and at the boarding house there
21   on Turner I saw a dark-colored car, green, I think it
22   was, and saw about five guys dressed with button-up
23   shirts. I thought they were repo guys. And then I saw a
24   badge on one guy's hip. And then -- then the next day I
25   saw.....
                                                         195
```

```
 1 Q  On the forearm?
 2 A  Yeah.
 3 Q  And on the -- what might be considered the outside or the
 4    inside of the forearm?
 5 A  I do -- I'm not exact. I just saw tattoos on.....
 6 Q  Okay.
 7 A  .....each arm. He had gold chains on. Baggy white
 8    shirt, I think it was, with cream or tan khaki type pants
 9    or cargo pants, and tennis shoes.
10    MR. O'BRYANT: Questions of this witness?
11 BY UNIDENTIFIED JURORS:
12 Q  Yeah. Later you saw a lineup, the police showed you six
13    photos. Were the photos similar to one another, the six
14    photos? Light-skinned black male, whatever?
15 A  There was I think a couple other -- maybe one other light
16    skin and a couple darker skins.
17 Q  All right. Are you clear that the guy you picked out was
18    the same guy you talked to? Good. Thanks.
19    MR. O'BRYANT: Well, we need that answer to be out loud.
20 A  Yes.
21    MR. O'BRYANT: Okay. Thank you.
22 A  Sorry.
23    MR. O'BRYANT: Looks like all the questions. You can be
24 excused, and maybe you could invite your mother to take your
25 place.
                                                         197
```

A&T Transcripts
817-685-7556