

Click here to go back to search results.

# Fairbanks Daily News-Miner (AK)

May 26, 2005
**Article ID:** 2889150
**Section:** Past News

## Gunman robs credit union

*AMANDA BOHMAN*

, Staff Writer A lone gunman Wednesday robbed a credit union across the street from the Fairbanks Police Department and got away, according to police.

The **robbery** happened about 3 p.m. at the True North Federal Credit Union while a handful of employees and customers were inside.

"It's brazen considering you can see the police department as you walk in the door," Sgt. Tara Tippett said. "We have cameras that look out onto the parking lot out front and the bank."

The credit union is on the corner of Ninth Avenue and Cushman Street.

The robber entered the credit union, pulled a handgun from his sweat shirt, went straight to a teller window and demanded money, according to Investigator Peyton Merideth. The robber demanded money from a second teller before leaving in a dark-colored sedan, possibly a Ford Taurus or a Mercury Sable.

"He did point the gun at both tellers and a person who was standing in line," Merideth said.

The investigator estimated the **robbery** lasted less than a minute.

"It was really quick," Merideth said.

The suspect is described as a light-skinned black man between the ages of 17 and 23. He stood no taller than 5-foot 7-inches and weighed no more than 160 pounds, Merideth said.

He wore a gray sweat shirt with the hood up, dark-colored pants and a bandanna on his face.

The credit union was closed while several investigators, including an FBI agent, gathered evidence. Police seized a recording from the credit union's video cameras, Merideth said.

Reporter Amanda Bohman can be reached at abohman@newsminer.com or 459-7544.

(c) 2005 Fairbanks Daily News-Miner. All rights reserved. Reproduced with the permission of Media NewsGroup, Inc. by NewsBank, Inc.