M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**MOTION FOR EVIDENTIARY HEARING REGARDING MOTION TO SUPPRESS PHOTOGRAPHIC LINEUP AND IN-COURT IDENTIFICATION** |

        Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden,

Staff Attorney, moves this court for an evidentiary hearing on his motion to suppress

photographic lineup and in-court identification.  At the present time the discovery is lacking

any information concerning the instructions given the witnesses in viewing the lineup.  In

addition, Mr. Adams contents that the photo spread was unduly suggestive and that the

identification made by Mr. Roth was tainted by the description published in the local

newspaper.  An evidentiary hearing is necessary to ascertain all the facts surround these

issues and to allow the court to apply the analysis set forth in Manson v. Brathwaite, 432

U.S. 98 (1977).

DATED this 6th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 6, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden