UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>    Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING EVIDENTIARY<br>HEARING ON MOTION TO SUPPRESS<br>PHOTOGRAPHIC LINEUP** |

    After due consideration of defendant's motion for an evidentiary hearing regarding Mr. Adams' motion to suppress photographic lineup identification and in-court identification, the court GRANTS/DENIES the motion.

    Evidentiary hear on the matter is hereby scheduled for _____, 2006 at ____ a.m./p.m. in Fairbanks, Alaska.

    DATED _____, 2006, in Fairbanks, Alaska.


                _____
                    Terrance W. Hall
                  United States Magistrate Judge