DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>               Defendant. | Case No. 4:06-cr-009 (RRB)<br><br>**GOVERNMENT'S UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND REPLY DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND MOTION FOR EVIDENTIARY HEARING AT DOCKET 19 AND 21** |

     COMES NOW the United States of America, by and through counsel, and requests that the court extend the filing deadline on the Government's opposition to Defendant's Motion to Suppress Photographic Lineup Identification and In-Court Identification at Docket 19 and Motion for Evidentiary Hearing at Docket 21.  The Government requests an extension from Thursday, April 13, 2006 to Monday, April 17, 2006.

The original deadline for filing pretrial motions in the subject case was March 30, 2006.  The Defendant, through counsel, requested an extension of time for filing pretrial motions.  The Defendant also filed a motion for a continuance of the trial date to accommodate pretrial motions practice. The Government did not oppose Defendant's request.  At a status conference held by Judge Beistline on March 30, 2006, the court granted Defendant's motion for an extension of time to file pretrial motions.  However, based upon Defense Counsel's representation that no final decision had been made whether to file pretrial motions, the court held the motion to continue the trial under advisement until the Defendant did or did not file pretrial motions.  If the Defendant chose to file motions, the court held open the possibility that a continuance may be required.

At the status hearing, Government Counsel advised the court that he would be out of the District on leave from April 3-7, and attending training from April 10-12, 2006, returning late on April 12.  The Defendant filed his Motion to Suppress Photographic Lineup Identification and In-Court Identification on April 6, 2006.

Under District of Alaska Criminal Local Criminal Rule 47.1(b), the Government would normally have 5 days to respond to the Defendant's Motion to Suppress.  This would make the Government's filing deadline Thursday, April 13, 2006, the day of Government Counsel's return to his office.  Because Government Counsel is out of the District and has limited resources while on leave, and is expected to devote his full time and attention to training early next week, the Government requests a limited extension of time to file its opposition to Defendant's Motion to Suppress.  The Government requests an extension from Thursday, April 13, 2006 to Monday, April 17, 2006.  Government Counsel will

be available by phone if the court decides an additional status hearing is needed to address this motion or the Defendant's original motion for a continuance of the trial date.

Government Counsel has contacted Defense Counsel, who does not oppose this extension.

RESPECTFULLY SUBMITTED this <u>7th</u> day of April, 2006, in Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>Email: bryan.schroder@usdoj.gov
>Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on April __7__, 2006, that a true and correct copy of the foregoing **GOVERNMENT'S UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND REPLY DEADLINE FOR RESPONSE TO DEFENDANT'S MOTIONS TO SUPPRESS AT DOCKET 19 AND 21**, was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder