DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-009 (RRB) |
|---|---|---|
| Plaintiff, | ) | [Proposed] |
| | ) | **ORDER TO EXTEND** |
| vs. | ) | **GOVERNMENT'S REPLY** |
| | ) | **DEADLINE FOR RESPONSE TO** |
| CLEVELAND THOR ADAMS, | ) | **DEFENDANT'S MOTIONS AT** |
| | ) | **DOCKET 19 AND 21** |
| Defendant. | ) | |
| | ) | |

　　　　IT IS SO ORDERED, the Government's response deadline to Defendant's Motion to Suppress and Motion for Evidentiary Hearing, in the above captioned case, is extended to April 17, 2006.

　　　　DATED this _____ day of April, 2006, at Fairbanks, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　United States District Judge