DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:06-cr-009 (RRB) |
| Plaintiff, | [Proposed] |
| | **ORDER TO EXTEND** |
| vs. | **GOVERNMENT'S REPLY** |
| | **DEADLINE FOR RESPONSE TO** |
| CLEVELAND THOR ADAMS, | **DEFENDANT'S MOTIONS AT** |
| | **DOCKET 19 AND 21** |
| Defendant. | |

IT IS SO ORDERED, the Government's response deadline to Defendant's Motion to Suppress and Motion for Evidentiary Hearing, in the above captioned case, is extended to April 17, 2006.

DATED this 10 day of April, 2006, at Fairbanks, Alaska.

RALPH R. BEISTLINE
United States District Judge