UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   CLEVELAND THOR ADAMS

DATE:   April 11, 2006         CASE NO.   4:06-CR-0009-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

An evidentiary hearing on Defendant's Motion to Suppress Photographic Lineup Identification and In-Court Identification (Docket 19) will be held on **Friday, April 21, 2006, at 9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska, before Judge Beistline.

M.O. SCHEDULING HEARING