UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> CLEVELAND THOR ADAMS </u>

DATE:  <u> April 12, 2006  </u>      CASE NO.  <u>  4:06-CR-0009-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING TIME FOR HEARING**

---

The **time** for the evidentiary hearing on Defendant's Motion to Suppress Photographic Lineup Identification and In-Court Identification (Docket 19) scheduled for **Friday, April 21, 2006,** is **changed** from 9:00 a.m. to **2:00 p.m.**, in Courtroom 1 in Fairbanks, Alaska, before Judge Beistline.

M.O. RESCHEDULING HEARING