IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CLEVELAND THOR ADAMS,

      Defendant.

Case No. 4:06-cr-0009-RRB

**ORDER DENYING MOTION TO
SUPPRESS IDENTIFICATION**

Before the Court at Docket 19 is Defendant's Motion to Suppress Photographic Lineup Identification and In-Court Identification. The Government opposed this motion at Docket 26 and an evidentiary hearing was held in Fairbanks, Alaska, on April 21, 2006.

At the evidentiary hearing, Defendant requested production of additional information which the Government agreed to do by the close of business April 24, 2006. No further pleadings have been filed relevant to this issue. The Court will therefore rule.

The issue raised by Defendant in his motion to suppress relates to the propriety of the photo lineup used initially by

police in this matter.  The Court, however, has now reviewed the actual photo lineup used and has considered the testimony of the law enforcement officers involved.  Based thereon, the Court concludes that the photo lineup used was not "impermissibly suggestive" and certainly did not create a substantial likelihood of irreparable misidentification.  The photographs used were "fairly similar" in that they were comprised of a fair array of similar-looking men.  All of the photographs were in color and there was nothing about any one the photographs that would tend to catch one's eye.  The State seal that Defendant refers to was innocuous.  It was fully apparent in some photos and only partially apparent in others; all suggesting that the parties were merely standing in slightly different positions at the time the photos were taken.

Moreover, in the instant case, the two witness identifications were made quickly and without any hesitation and reasonably soon after their encounter with Defendant, an encounter which was close, clear, and intense.  And the witnesses' prior description of Defendant were consistent with his actual appearance.  Therefore, after considering the totality of circumstances and each of the factors set forth in Neil v. Biggers, 409 U.S. 188 (1972), the Court concludes that there was nothing inappropriate about the lineup in question or the manner in which it was conducted.

Defendant's Motion to Suppress Photographic Lineup Identification and In-Court Identification is therefore **DENIED**.

ENTERED this 5th day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE