M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CLEVELAND THOR ADAMS,<br><br>                    Defendant. | Case No. 4:06-cr-0009-RRB<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

        Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden,

Staff Attorney, notifies this court that he will be entering a plea of guilty to Count I of the

indictment (the government agrees to dismiss Count II at the time of sentencing), and not

proceeding to trial on June 26, 2006.  A written plea agreement is in the process of being

signed by the parties and will be filed with the court upon completion.  Undersigned

counsel requests that the trial date of June 26, 2006, be vacated and that the court

schedule a change of plea hearing at a time convenient to the court and counsel.

DATED this 13th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 13, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden