UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   CLEVELAND THOR ADAMS  

DATE:   June 13, 2006   CASE NO.   4:06-CR-0009-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

      Defendant has filed a Notice of Intent to Change Plea at Docket 32. A change of plea hearing will be held on **Thursday, June 15, 2006, at 11:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska. Counsel for the Government may attend telephonically by calling Meet-Me-Bridge B at 677-6247.

M.O. SCHEDULING HEARING