DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>CLEVELAND THOR ADAMS,   )<br>)<br>Defendant.   )<br>_____ ) | Case No. 4:06-cr-009 (RRB)<br><br>**NOTICE OF INTENT TO USE**<br>**DIGITAL EVIDENCE**<br>**PRESENTATION SYSTEM ON**<br>**SHORTENED TIME** |

COMES NOW the United States of America, by and through counsel, and gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above captioned case, currently

scheduled to commence June 26, 2006, at 8:30 a.m.

RESPECTFULLY SUBMITTED this <u>19th</u> day of June, 2006, in Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on June  19 , 2006, that a true and correct copy of the foregoing **NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM ON SHORTENED TIME**, was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder