**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  CLEVELAND THOR ADAMS  </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                        CASE NO.  <u>4:06-cr-00009-RRB</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: June 19, 2006

     By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable James K. Singleton, Jr. for all further proceedings. Please use the following case number on all future filings: 4:06-cr-00009-JKS.

     Trial by jury set to commence June 26, 2006, before Judge Beistline in Fairbanks, Alaska, remains set on June 26, 2006, at Fairbanks, Alaska, before Judge Singleton.

[]{IQ1.WPD*Rev.12/96}