M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>               Defendant. | Case No. 4:06-cr-0009-JKS<br><br>**NOTICE OF INTENT<br>TO USE DIGITAL EVIDENCE<br>PRESENTATION SYSTEM** |

       Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden, Staff Attorney, gives notice of his intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above-captioned case, currently scheduled to commence Monday, June 26, 2006, at 8:30 a.m., in Fairbanks, Alaska.

///

///

///

///

///

DATED this 21st day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 21, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden