DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00009-JKS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **REGARDING EXPERT** |
| vs. | ) | **TESTIMONY** |
| | ) | |
| CLEVELAND THOR ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of

Evidence 702, that it intends to call in its case-in-chief at trial Ms. Jessica Cohen,

a criminalist at the Alaska Scientific Crime Detection Laboratory, as an expert

witness.  Her statement of qualifications is attached.  (Attachment A)

Ms. Cohen tested a sample of material from a hooded sweatshirt found in

the car of Lindsay Thurmond on May 25, 2005.  Ms. Cohen will discuss how DNA

from numerous sources were detected on the material, how one of the sources was

identified as male, but how no specific DNA match was obtained.

The Alaska Scientific Crime Laboratory Detection Laboratory report on this

matter was provided to the Defendant as part of Federal Rules of Evidence Rule

16 discovery on March 20, 2006.

RESPECTFULLY SUBMITTED this 21st day of June, 2006, at Fairbanks,

Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Bryan Schroder
> BRYAN SCHRODER
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> Email: bryan.schroder@usdoj.gov
> Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on June  21 ,  2006,
that a true and correct copy of the foregoing
**GOVERNMENT'S NOTICE**
 **REGARDING EXPERT TESTIMONY**,
was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder