# STATEMENT OF QUALIFICATIONS

**Name of Lab:** Scientific Crime Detection Laboratory  
5500 E. Tudor Road  
Anchorage, AK 99507

**Date:** June 19, 2006

**Name:** Jessica R. Cohen        **Job Title:** Criminalist III

**Discipline(s):** Indicate all areas in which you do casework.

Forensic DNA Analysis  
Crime Scene Investigation

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| University of California, Santa Cruz | 9/93-6/97 | Molecular Biology | Bachelor of Arts |
| University of Central Florida | 8/02 to present | Forensic/Chemistry | for Graduate Degree |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

| | |
|---|---|
| September 2005 | Quality Assurance and Bioinformatics, Richard Guerrieri, On-line semester class, University Central Florida. |
| August 2005 | Statistical Analysis of Forensic DNA Evidence, Scientific Crime Detection Laboratory, George Carmody and Ray Wickenheiser Anchorage, AK (30 hours). |
| March 2005 | Visiting scientist National Center for Forensic Science, Y-STR Analysis collaboration, Dr. Ballantyne's lab (55 hours). |
| January 2004 | Advanced Topics in Biology: Biostatistics, Anthony Yeo, University of Alaska Anchorage (Semester). |
| March 2004 | Quantitative PCR Seminar, In-house training by Stratagene, Scientific Crime Detection Laboratory Anchorage, AK (4 hours). |
| December 2003 | Quantitative Methods Using RT-PCR, On-line Seminar by Stratagene, Scientific Crime Detection Laboratory, Anchorage, Alaska (1.5 hours). |
| December 2003 | CODIS Talk: NDIS DNA Data Acceptance Standards, Chris Beheim, Scientific Crime Detection Laboratory, Anchorage, Alaska (1.5 hours). |
| August 2003 | Statistical Genetics for Forensic Scientists, Bruce Weir, On-line semester class, University of Central Florida. |
| April 2003 | "Winning Courtroom Confrontations: A Seminar on How to be an Effective Witness in the Courtroom," by Valerie Van Brocklin, LawEnforcement Trainer, Anchorage, Alaska (8 hours). |
| April 2003 | Arson Evidence, Donald Cuthbert, Anchorage, AK (4 hours). |
| January 2003 | Forensic Digital Imaging, Imaging Forensics, George Reis, Anchorage, AK (24 hours). |
| September 2002 | Bloodstain Pattern Analysis Workshop, Utah Bureau of Forensic Sciences, Kevin Patrick, Anchorage, Alaska (40 hours). |

Attachment A

**Statement of Qualifications:**　　　Jessica R. Cohen
Page 2

| | |
|---|---|
| **Other Training:** | (continued) |
| August 2002 | Forensic DNA Analysis of Biological Materials, Jack Ballantyne, On-line semester class, University of Central Florida. |
| March 2002 | Population Genetics and Statistics, Scientific Crime Detection Laboratory, Anchorage, Alaska (2 hours). |
| January 2002 | Crime Scene Investigations, Metropolitan Police Institute, Miami, Florida (40 hours). |
| December 2002 | Sexual Assault Evidence, Scientific Crime Detection Laboratory, Anchorage, AK (8 hours). |
| September 2001 | Promega STR Educational Forum, Promega, South Bend, Indiana. |
| August 2001 | Analysis of STR's by Capillary Electrophoresis School, FBI, FBI Academy, Quantico, Virginia (1 week). |
| April 2001 | Video/Digital Imaging of Physical Evidence, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours) |
| October 2000 | Photography of Physical Evidence, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| May 2000 | Crime Scene Diagramming, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| April 2000 | Video/Digital Imaging of Physical Evidence, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| March 2000 | Blood Evidence Collection, Scientific Crime Detection Laboratory, Anchorage, Alaska (8 hours). |
| February 2000 | Trace Evidence Collection, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| January 2000 | Snow Impression Collection, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| February 1999 | Shoe and Tiretrack Evidence, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| November 1999 | Latent Fingerprint Techniques I, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| October 1999 | Photography of Physical Evidence, Scientific Crime Detection Laboratory, Anchorage, Alaska (4 hours). |
| April 1999 | Blood Evidence Collection, Alaska State Crime Laboratory, Alaska Peace Officers Association/Northwest Association of Forensic Scientists, 1999 Crime Conference, Anchorage, Alaska (4 hours). |

**Statement of Qualifications:**     Jessica R. Cohen
Page 3

**Other Training:**   (continued)
April 1999          STR Workshop, FBI DNA Unit I and Armed Forces DNA Identification Laboratory, Alaska Peace Officers Association/Northwest Association of Forensic Scientists, 1999 Crime Conference, Anchorage, Alaska.

April 1999          Statistics and Population Genetics, University of Alaska-Fairbanks, Alaska Peace Officers Association/Northwest Association of Forensic Scientists, 1999 Crime Conference, Anchorage, Alaska. (1 college credit)

**Courtroom Experience:**   List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

DNA Analysis: November 2000 – present, 16 jury trials and 11 grand juries

**Professional Affiliations:**   List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities
       None

**Employment History:**   List all scientific or technical positions held, particularly those related to forensic sciences. List current position first. Give a brief summary of principal duties and tenure in each position.

(1)   Job Title:        Criminalist III
      Employer:         Alaska Department of Public Safety Scientific Crime Detection Laboratory, Anchorage, AK
      Principal Duties: Perform DNA analysis on forensic casework. Perform scientific techniques in the identification of body fluids, i.e., blood and semen.
      Tenure:           02/04-present

(2)   Job Title:        Criminalist II
      Employer:         Alaska Department of Public Safety Scientific Crime Detection Laboratory, Anchorage, AK
      Principal Duties: Perform DNA analysis on forensic casework. Perform scientific techniques in the identification of body fluids, i.e., blood and semen.
      Tenure:           02/02-02/04

(3)   Job Title:        Criminalist I
      Employer:         Alaska Department of Public Safety Scientific Crime Detection Laboratory, Anchorage, AK
      Principal Duties: Perform DNA analysis on forensic casework. Perform scientific techniques in the identification of body fluids, i.e., blood and semen.
      Tenure:           11/00-02/02

(4)   Job Title:        Laboratory Technician I
      Employer:         Alaska Department of Public Safety Scientific Crime Detection Laboratory, Anchorage, AK
      Principal Duties: Evidence custodian, assist in areas of criminalistics.
      Tenure:           09/99-11/00

**Statement of Qualifications:**     Jessica R. Cohen
Page 4

**Employment History** (continued):
(5)   Job Title:   Internship
      Employer:   Santa Clara County District Attorney's Laboratory, Santa Clara, CA
      Principal Duties: Research project studying DNA extraction methods.
      Tenure:   4/97-7/97

**Other Qualifications:**   List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.

Law Enforcement Training:
   11/12/02: DNA Evidence, Scientific Crime Detection Lab, Anchorage, Alaska (4 hours)
   03/03/03: DNA Overview, SART Training, Bethel, Alaska (1 hour)
   05/09/03: DNA Overview, SART Training, Sitka, Alaska (1 hour)