DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>Defendant. | ) Case No. 4:06-cr-00009-JKS<br>)<br>) **GOVERNMENT'S NOTICE**<br>) **REGARDING EXPERT**<br>) **TESTIMONY**<br>)<br>)<br>)<br>)<br>) |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of

Evidence 702, that it intends to call in its case-in-chief at trial Ms.Cheryl Duda, a

criminalist at the Alaska Scientific Crime Detection Laboratory, as an expert

witness.  Her statement of qualifications is attached.  (Attachment 1)

Ms. Duda tested a sample of material from a hooded sweatshirt found in the car of Lindsay Thurmond on May 25, 2005.  Ms. Duda will discuss how DNA from numerous sources were detected on the material, how one of the sources was identified as male, but how no specific DNA match was obtained.

The Alaska Scientific Crime Laboratory Detection Laboratory report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on March 20, 2006.

RESPECTFULLY SUBMITTED this 21st day of June, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June   21  ,  2006,
that a true and correct copy of the foregoing
**GOVERNMENT'S NOTICE**
** REGARDING EXPERT TESTIMONY**,
was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder