M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>               Defendant. | Case No. 4:06-cr-0009-JKS<br><br>**DEFENDANT'S PROPOSED VOIR DIRE** |

       Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden, Staff Attorney, moves this court to allow counsel to conduct open-ended voir dire.

       Mr. Adams also requests that the court ask prospective jurors the following questions.

**I.    General Introductory Questions**

       1.    You have probably heard the phrase "proof beyond a reasonable doubt" in criminal cases.  What do you believe that term means?  What do you think about the government having that burden?

2. What would you do if you thought the accused person was probably guilty, but the government had not convinced you of his/her guilt beyond a reasonable doubt?

3. How many of you at any time in your life, including your childhood, have ever been falsely accused of something you did not do?

4. What happened when you were falsely accused?

5. Were you able to prove that you did not do it?

6. How did you go about proving that you were innocent?

7. Were you able to prove your innocence? Are there still people who do not believe you?

8. Do you think there would have been a fairer result if your accusers had to prove you were guilty, rather than you proving you did not do it?

9. The indictment in a criminal case is only an accusation. It has no weight whatsoever as evidence. Is there any juror who believes that a person would not have been indicted or charged with a crime unless he or she were in fact guilty?

10. Do you understand that there has been no prior determination of guilt or innocence in this case and that this trial is the first chance the defendant will have had to have the facts heard and weighed?

11. Have you heard anyone discuss this case? If so, who? When? Where?

12. How many of you have heard the saying, "where there's smoke, there's fire?" How many believe that saying applies to a person who has been arrested, or written a traffic ticket?

13. Does anyone think that it is fair to assume that because a person has been charged for a criminal offense that they are most likely guilty of that offense?

14. Do any of you feel as you sit here now that it is impossible for a federal law enforcement officer to ever charge an innocent person?

15. Do any of you feel that the defendant would not be here if he had not done something unlawful? If so, please explain.

16. Would anyone tend to believe a law enforcement officer more readily than any other witness?

17. Do you understand that the testimony of a government witness is not entitled to any greater weight than the testimony of any other witness, merely because he or she is an employee of the government?

18. Do you understand that the defendant does not have to produce any evidence in this case?

19. Do you understand that proof beyond a reasonable doubt is proof beyond mere suspicion and conjecture?

20. Do you understand that a reasonable doubt can arise not only from the evidence produced, but also from a lack of evidence or a failure to produce evidence?

21. Did anyone read anything about the allegations charged in the indictment in the Fairbanks New-Miner? If so, what do you remember about the article?

## II. Specific Offense Questions

22. Have you ever owned a business? Has anyone ever stolen from your business?

23. Have you ever worked in a store? Have you ever been involved in a theft or robbery case?

24. Have you ever been the victim of theft or robbery? What happened in your case? How did the outcome make you feel?

25. Does anyone here bank at the True North Federal Credit Union?

26. Do any of you know anyone that works at the True North Federal Credit Union?

27. Has anyone here ever mistaken a stranger for someone they know?

28. Have you ever been asks to pick out an individual from a police photo spread? Were you able to identify anyone?

29. In this case, the government claims that Mr. Adams robbed the True North Federal Credit Union here in Fairbanks with a gun. Is there anything about the nature of this case that would prevent any member of the panel from judging this matter fairly?

30. Are you open to the possibility that a witness though sincere about his or her testimony can still be mistaken about what he or she saw?

31. Some people say that an eyewitness to a crime could never be mistaken about what he or she saw. Do you share that view?

32. Are you aware that people in the United States have been wrongfully convicted based on sincere but mistaken eyewitness testimony?

33. At the end of the case, the court will give the jury an instruction which will explain how eyewitness identification testimony is to be evaluated. Is there anyone

present who does not feel they could follow my instruction about the evaluation of eyewitness identification testimony?

III.   **Background Questions**

      34.   What is your current address?

      35.   How long have you lived at this address? In Fairbanks? In Alaska?

      36.   Where else have you lived?

      37.   Have you ever supervised other people at your job?

      38.   In your opinion what are the major causes of crime?

      39.   Do you believe the criminal justice system makes it too hard for the police and prosecutors to convict people accused of crimes?

      40.   In general what do you think should be done about the crime problem?

      41.   Do you have any physical or medical problems which would make jury duty difficult for you?

      42.   Is there any matter you would prefer to discuss privately with the court?

      43.   Have you or any members of your immediate family ever been a party to a lawsuit? If so, what was the nature of the lawsuit? Were you a plaintiff or defendant? What was the outcome?

      44.   Would anything connected with the lawsuit affect your ability to be a fair and impartial juror in this case?

45. Have you, or any members of your family, ever been a witness in any legal proceeding? If so, when? What was the nature of the proceeding? For whom did you testify?

46. Have you ever served on a Grand Jury? If so, what was the nature of the proceeding?

47. Have you ever served on a Trial Jury? If so, where, when, and what was the nature of the case or cases?

48. Did you participate in deliberation in any of those cases? If so, how long did deliberation last?

49. What was the outcome of those cases in which you served as a juror?

50. Has anyone ever applied for a job with a federal or state agency? If so, which ones?

51. Is there anyone who intends to apply for employment with a federal or state agency? If so, which ones?

52. Is there anyone who has ever taken courses in law enforcement or criminal justice? If so, where and which courses?

53. Does anyone have aspirations of being a law enforcement officer or a federal agent? If so, please explain.

54. Are you employed? If so, what is the nature of your occupation, and how long have you been so employed? What other occupations have you pursued?

55. Have you, or any members of your family, ever worked for the federal government? If so, when, how long were you so employed and what was your job title and description?

56. Have you, or any members of your family, ever worked for the state government? If so, when, how long were you so employed, and what was your job title and description?

57. Have you, or any members of your family ever worked for the municipal government? If so, when, how long were you so employed, and what was your job title and description?

58. Have you, or any members of your family ever worked for the State or Municipal Law Enforcement Agency or Corrections Facility? If so, when, how long were you so employed, and what was your job title and description?

59. Have you, or any members of your family ever had any business contacts with the Federal, State or Municipal governments? If so, please describe them.

60. Have you, or any members of your family ever done volunteer work for any law enforcement agency? If so, what agency? Describe the work that you did (its nature and duration).

61. Are you acquainted with any members of the United States Attorney's staff? If so, who, and what is the nature of your acquaintance?

62. Is your spouse or significant other employed? Please state the nature of your partner's work, and the length of time your partner has been so employed. What other occupations has she or he pursued?

63. Do you have any children? If so, how many? What are their ages and occupations? If they are in school, please indicate what year they are in school and which school they are attending.

64. Do you have any older brothers and sisters? If so, how much older? What are their occupations?

65. How long have you lived in Alaska? Where were you born and raised?

66. What are your hobbies and leisure time activities?

67. Do you belong to any clubs or organizations? If so, which ones, and how long have you been a member?

68. Do you belong to any church group or religion? If so, which one, and how long have you been a member?

69. Which, if any, magazines do you subscribe to?

70. Have you ever owned a business or been in business for yourself? If so, when, where, what kind of business was it, and how long did you run the business? Was your business incorporated as a corporation?

71. Do you hold any professional licenses?

72. What is your educational background?

73. What is the educational background of your spouse?

74. Have you ever served in the military? If so, what branch of the service and what were your duties?

### IV. General Deliberation Questions

75. Would any of you find it difficult to maintain your true opinion even if all the other jurors disagreed with your opinion?

76. If you are selected as a juror in this case, do you promise to play an active role in its deliberations?

77. If you have any reasonable doubts when you enter deliberations, do you promise to discuss them with your fellow jurors?

78. If, during the course of your deliberations, you are of one opinion and your fellow jurors of another, do you promise to stick to your opinion unless you are persuaded by the other jurors that the evidence compels a contrary result?

79. Do you promise not to surrender an opinion regarding the guilt or innocence solely for the purpose of reaching an agreement with your fellow jurors and terminating the jury deliberations?

80. If after hearing an instruction on the law which you believe is wrong, would any of you have difficulty setting aside your own personal beliefs and values? If you think that you might not, please explain.

81. Would you return a not guilty verdict, if that is what the instructions required, based on the evidence, even if you believed the defendant deserves punishment?

82. How many of you have ever had family, friends, or have yourself ever been discriminated against or witnessed discrimination against another person? How did it make you feel when it happened?

83. Would you say this is a good place or a bad place for an African-American to stand trial? Why?

84. How would you feel if you were on trial in a foreign country and the judge, all the lawyers, the bailiff, most of the witnesses and all the jurors were African-American? What concerns would you have under those circumstances about getting a fair trial?

85. Since Mr. Adams is in a similar situation, how can he get a fair trial?

86. If you were the defendant, would you want to be tried by a jury composed of twelve persons who have the same views you do?

87. Is there anything which has not been the subject of these questions but which you believe may be of interest to counsel or the court with regard to whether you should sit as a trial juror in this case?

88. Do you understand that the defendant is presumed to be innocent, and that the presumption covers him throughout the trial unless or until the evidence should convince you beyond a reasonable doubt that he is guilty of the crime charged?

DATED this 22nd day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden