DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, Alaska 99701
Telephone (907) 456-0245

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>CLEVELAND THOR ADAMS,<br><br>          Defendant. | Case No. Case No. 4:06-cr-009-JKS<br><br>**GOVERNMENT'S PROPOSED**<br>**JURY INSTRUCTIONS** |

Plaintiff, the United States of America, hereby respectfully requests that this Court instruct the jury at the conclusion of the trial in accordance with all the usual instructions and with the following list of jury instructions from: (A) the Ninth Circuit Manual of Model Criminal Jury Instructions (2003 Edition); and (B) Federal Jury Practice and Instructions (5th ed. 2000):

    A.    <u>Model Jury Instructions for the Ninth Circuit</u>:

          3.8    Direct and Circumstantial Evidence

          4.1    Statements by Defendant

          4.17    Opinion Evidence - Expert Witness

          7.4    Jury Consideration of Punishment

          8.65    Firearm - Use or Carry in Crime of Violence

    B.    <u>Federal Jury Practice and Instructions</u>:

          13.05    "On or About" – Explained

    C.    <u>Specific Offense Instructions</u>

        Attached

RESPECTFULLY SUBMITTED this 22nd day of June, 2006, at Fairbanks, Alaska.

                        DEBORAH M. SMITH
                        Acting United States Attorney

                        <u>s/ Bryan Schroder</u>
                        Assistant United States Attorney
                        222 West Seventh Avenue, #9

Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

**DECLARATION**

I hereby certify that on June 22, 2006,
a copy of the foregoing was served electronically on:

MJ Haden

s/ Bryan Schroder

<u>Government's Proposed Specific Offense Instruction 1</u>

The defendant is charged in Count 1 of the indictment with armed credit union robbery in violation of Section 2113 of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant took money belonging to True North Federal Credit Union;

Second, the defendant used force and violence, or intimidation in doing so;

Third, the deposits of True North Federal Credit Union was then insured by the National Credit Union Administration Board; and

Fourth, the defendant intentionally made a display or force that reasonably caused Michelle Mace, Deanna Beckley, James Derringer, Tiffany Dodds, Nerida Williamson, or Christy Weaver to fear bodily harm by using a pistol.

<u>Authority</u>

Ninth Circuit Pattern Jury Instruction 8.131:  Bank Robbery

<u>U.S. v. Cleveland Thor Adams</u>                                              4:06-cr-009-JKS

## Government's Proposed Specific Offense Instruction 2

The defendant is charged in Count 2 of the indictment with using or carrying a firearm during and in relation to a crime of violence in violation of Section 924(c) of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant committed the crime of bank robbery as charged in Count 1 of the indictment;

Second, the defendant knowingly used or carried a firearm; and

Third, the defendant used or carried the firearm during and in relation to the crime.

A defendant has "used" a firearm if he or she has actively employed the firearm in relation to a bank robbery. Use includes any of the following:

(1) brandishing or displaying a firearm;

(2) the silent but obvious and forceful presence of a firearm in plain view.

## Authority

Ninth Circuit Pattern Jury Instruction 8.65: Firearms — Using or Carrying in Commission of Drug Trafficking Crime or Crime of Violence

Harris v. U.S., 536 U.S. 545 (2002)

```
U.S. v. Cleveland Thor Adams                                    4:06-cr-009-JKS
```

<u>U.S. v. Cleveland Thor Adams</u>                                    4:06-cr-009-JKS