(Rev 6/06)

# LIST OF EXHIBITS

---

Case No. __4:06-CR-00009-JKS__   Judge: __JAMES K. SINGLETON__

Title __UNITED STATES OF AMERICA__
vs.
__CLEVELAND THOR ADAMS__

Dates of Trial: __June 26, 2006 thru__

Deputy Clerk/Recorder: Caroline Edmiston / Tina Grothause

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | M.J. Haden |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | x | 6/27 | video | A | x |  | Ms. Beckley's statement |
| 2 | x | 6/27 | video | B. | x | x/28 | report (3 page). |
| 3 | x | 6/27 | video | C | x | x/28 |  |
| 4 | x | 6/27 | Photo |  |  |  |  |
| 5 | x | 6/27 | Photo |  |  |  |  |
| 6 | x | 6/27 | Photo |  |  |  |  |
| 7 | x | 6/27 | Photo |  |  |  |  |
| 8 | x | 6/27 | Photo |  |  |  |  |
| 9 | x | 6/27 | Photo |  |  |  |  |
| 10 | x | 6/27 | Photo |  |  |  |  |
| 11 | x | 6/27 | Photo |  |  |  |  |

| Case No: 4:06-CR-00009-JKS | | | | Judge: JAMES K. SINGLETON | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 12 | x | 6/27 | photo | | | | | |
| 13 | x | 6/27 | photo | | | | | |
| 14 | x | 6/27 | photo of area | | | | | |
| 15 | x | 6/27 | photo | | | | | |
| 16 | x | 6/27 | photo/document | | | | | |
| 17 | x | 6/28 | photo lineup | | | | | |
| 18 | x | 6/28 | photo | | | | | |
| 19 | x | 6/28 | photo | | | | | |
| 20 | x | 6/28 | photo | | | | | |
| 21 | x | 6/28 | photo | | | | | |
| 22 | x | 6/28 | photo | | | | | |
| 23 | x | 6/28 | photo / interior of vehicle | | | | | |
| 24 | x | 6/28 | photo | | | | | |
| 25 | x | 6/28 | Sweatshirt | | | | | |
| 26 | x | | mounted photo of rental | | | | | |
| 27 | x | | phone records | | | | | |