IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLEVELAND THOR ADAMS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 4:06-cr-00009-JKS<br><br>VERDICT |

1.  We, the jury, duly impaneled and sworn in the trial of this case, do hereby find the Defendant, CLEVELAND THOR ADAMS, [~~Not Guilty~~ or Guilty] __Guilty__ on the charge of Armed Bank Robbery, in violation of Section 2113(a) & (d) of Title 18 of the United States Code, as charged in Count 1 of the indictment.

2.  We, the jury, duly impaneled and sworn in the trial of this case, do hereby find the Defendant, CLEVELAND THOR ADAMS, [~~Not Guilty~~ or Guilty] __Guilty__ on the charge of Use of a Firearm in Furtherance of armed bank robbery, in violation of Sections 924(c)(1)(A) and 924(c)(1)(A)(ii) of Title 18 of the United States Code, as charged in Count 2 of the indictment.

    If you find the Defendant guilty of use of a firearm in furtherance of armed bank robbery you should answer this question:

    Did Cleveland Thor Adams brandish the firearm?

    Answer yes ~~or no~~: __Yes__

    DATED this __30__ day of __June,__ 2006, at Fairbanks, Alaska.

    **REDACTED SIGNATURE**

    Foreperson of the Jury