M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0009-JKS<br><br>**MOTION ON SHORTENED TIME TO RESCHEDULE SENTENCING HEARING** |

　　　　Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to reschedule the sentencing hearing in the above styled case that is currently scheduled for Monday, September 11, 2006, at 1:30 p.m., in Fairbanks, Alaska.  Because Mr. Adams is concerned with the negative sentiment and emotional sensitiveness associated with "9/11," he requests that his sentencing be rescheduled to any day other than "September 11th."

　　　　Thus, Mr. Adams respectfully requests that his sentencing hearing be rescheduled to a time convenient to the court and counsel.

DATED this 25th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden