UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>           Defendant. | Case No. 4:06-cr-0009-JKS<br><br>**ORDER RESCHEDULING SENTENCING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to reschedule his sentencing hearing, the court GRANTS the motion. The imposition of sentence hearing scheduled for Monday, September 11, 2006, is hereby vacated. Sentencing in the above-styled case is re-set for Tuesday, September 12, 2006, at 1:30 p.m., in Fairbanks, Alaska.

DATED August 29, 2006, in Anchorage, Alaska.

                                                                    /s/James K. Singleton, Jr.
                                                                      James K. Singleton, Jr.
                                                                      United States District Court Judge