M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>            Defendant. | Case No. 4:06-cr-0009-JKS<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

   Defendant, Cleveland Thor Adams, by and through counsel M. J. Haden, Staff Attorney, submits the following sentencing memorandum to aid the court at the imposition of sentencing scheduled for Tuesday, September 12, 2006, in Fairbanks, Alaska.

   Mr. Adams was found guilty after a jury trial of one count of bank robbery and one count of brandishing a firearm during a crime of violence.  The unresolved objections to the presentence report are set forth in the Presentence Report writer's addendum to the PSR and basically consist of Mr. Adams' continued position that he was wrongly convicted of the offense.  The PSR writer has calculated that Mr. Adams is facing a mandatory 84

months for the violation of 18 U.S.C. § 924(c) and a guideline range of 84 to 105 months. Other than Mr. Adams' standing objection regarding his conviction, there are no objections to the advisory guideline range.

Mr. Adams is a young man, only 23 years old. He comes from a solid home. His father works for a Fairbanks Youth Facility and his mother is employed at the University. They are both supportive of their son and will be able to assist him following his period of incarceration. It is apparent from the PSR that Mr. Adams suffers from a drug addiction and that much of his criminal conduct is drug induced or driven. The long period of incarceration will provide Mr. Adams with the opportunity to address these issues.

Mr. Adams respectfully requests that the court sentence him to the low end of the advisory guideline range which would amount to a sentence of approximately 14 years. This is an adequate sentence under the factors taken into consideration pursuant to 18 U.S.C. § 3553(a) in that a sentence of not more than 14 years is sufficient, but not greater than necessary to protect the public, reaffirm social norms, provide for deterrence to the defendant and others, and provide an opportunity for rehabilitation. In addition, Mr. Adams currently is in state custody and has been so for over a year. His current custody is for a parole revocation based partially on federal charges. He will receive no federal credit for the time he has served to date.

In addition, as noted in paragraph 92 of the PSR, Mr. Adams faces other state charges in Anchorage. If convicted of these charges, Mr. Adams will more than likely be held in state custody before even starting his federal time. Thus, any sentence given by this court will be prolonged by state cases. A sentence of 14 years will allow Mr. Adams

to still have a chance to become a productive member of the community after being released from custody.

DATED this 6th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden