MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __CLEVELAND THOR ADAMS__   CASE NO. __4:06-cr-00009-JKS__
Defendant: X Present  X In Custody  __ On Bond

BEFORE THE HONORABLE: JAMES K. SINGLETON

DEPUTY CLERK/RECORDER: CAROLYN BOLLMAN

UNITED STATES ATTORNEY: BRYAN SCHRODER

DEFENDANTS ATTORNEY: M.J. HADEN

U.S.P.O.: SCOTT KELLEY *TELEPHONIC APPEARANCE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD: 09/12/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

X Notice of Appeal form given to defendant/defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of 189 months as stated on judgment.

X Defendant placed on supervised release for a period of 5 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ 200.00, due immediately.

X Restitution $17,695.00, to be paid to as stated on judgment.

X Defendant remanded to the custody of the U.S. Marshal.

X OTHER: Court recommended 500 hour Drug and Alcohol Program, and that defendant be placed in a correctional facility nearest to Maryland.

At 2:15 p.m. court adjourned.


DATE:     09/12/2006          DEPUTY CLERK'S INITIALS: cpb