M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>               Defendant. | Case No. 4:06-cr-0009-JKS<br><br>**NOTICE OF APPEAL** |

       Notice is hereby given that defendant Cleveland Thor Adams appeals to the United States Court of Appeals for the Ninth Circuit from the

       ( )    conviction only (Fed. R. App. P. 4(b)(1)(A))

       (X)   conviction and sentence

       ( )    sentence only (18 U.S.C. § 3742)

       ( )    order of restitution entered in this action.

       The sentence imposed was 189 months incarceration, 5 years supervised release, a $200 special assessment, and $17,695 in restitution.

DATED this 15th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden