UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals #  06-_____    U.S. District Court #  4:06-cr-00009-JKS

Short Case Title    United States v. Cleveland Thor Adams

Date Notice of Appeal Filed by Clerk of District Court   9/15/2006

RECEIVED SEP 1 9 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
|  |  | VOIR DIRE |
| 6/26-30/06 |  | ENTIRE TRIAL |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
| 4/21/06 |  | PRE-TRIAL PROCEEDINGS Evidentiary Hearing |
|  |  | OTHER: |

(Attach Additional Page for Designations if Necessary)

(  )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(  )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(  )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   9/19/06          Estimated Date for Completion _____

Signature of Attorney  _____          Phone Number   646-3400

Address   Staff Attorney
          601 West 5th Avenue, Suite 800
          Anchorage, AK  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
        (Signature of Court Reporter)

(  )  Arrangements for payment were made on _____

(  )  Arrangements fo payment have not been made pursuant to FRAP 10 (b).
      Approximate Number of Pages _____  Due

Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____