UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: U.S.A. v Cleveland Thor Adams
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name and Case No.: Judge Singleton; 4:06-cr-00009-JKS
Date Complaint/Indictment/Petition Filed: 2/22/2006
Date Appealed Order/Judgment *entered*: 9/12/2006
Date NOA *filed*: 9/15/2006
COA Status (check one):
__granted in full (attach order)  __denied in full (send record)
__granted in part (send record)  __pending

06-30519

Court Reporter(s) Name and Phone Number: Tina Grothause (907) 451-5791; Carolyn Bollman (907) 451-5791; Caroline Edmiston (907) 677-6103; April Karper (907) 677-6102

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: N/A           Date Docket Fee billed: N/A
Date FP granted: _                  Date FP denied: _
Is FP pending? no                   Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: N/A

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| M.J. Haden | Bryan Schroder |
| 601 W. 5th Ave., #800 | 222 W. 7th Ave., #9 |
| Anchorage, AK 99501 | Anchorage, AK 99513 |
| MJ_Haden@fd.org | bryan.schroder@usdoj.gov |
| (907) 646-3480 | (907) 271-1500 |

__retained  __CJA  X_FPD  __FPD  __Other  Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 14780-006          Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _       9th Circuit Docket Number: _

Name and phone number of person completing this form: Robin M. Carter
(907) 677-6127

[Stamps: RECEIVED CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS SEP 26 2006; FILED; DOCKETED; RECEIVED OCT 02 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA]