UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 07 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30519 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-06-00009-JKS<br>District of Alaska, |
| v. | Fairbanks |
| CLEVELAND THOR ADAMS, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner

The motion of the Federal Public Defender to withdraw as counsel is granted.

Appellant's motion for appointment of counsel is granted. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by December 15, 2006. The transcript is due January 16, 2007. Appellant's opening brief and excerpts of record are due February 26, 2007; appellee's answering brief is due March 28, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

06-30519

Appellant's motion to stay the briefing schedule is denied as unnecessary. The filing of a motion to withdraw as counsel stays the briefing schedule pending the court's disposition of the motion. *See* 9th Cir. R. 27-11.

The Clerk shall serve this order on former counsel, Assistant Federal Public Defender M.J. Haden.

　　　　　　　　　　　　　　　　　*Peter L. Shaw*
　　　　　　　　　　　　　　　　　General Order 6.3(e)