UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**F I L E D**

NOV 1 7 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30519 |
| Plaintiff - Appellee, | D.C. No. CR-06-00009-f-JKS |
| v. | District of Alaska, Fairbanks |
| CLEVELAND THOR ADAMS, | ORDER |
| Defendant - Appellant. | |

4:06-CR-9

NOV 2  2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Court Recorder Denali J. Elmore's motion for an extension of time to file the reporter transcript is denied as unnecessary. The court's November 7, 2006 order reset the transcript due date to January 16, 2007. The current briefing schedule shall remain in effect.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 11.06