G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                          Plaintiff,     )<br>                                                         )<br>vs.                                                    )<br>                                                         )<br>CLEVELAND THOR ADAMS,       )<br>                                                         )<br>                          Defendant.  )<br>_____ ) | Case No. 4:06-cr-00009-JKS<br><br>**ENTRY OF APPEARANCE** |

G. Blair McCune, Attorney at Law, enters his appearance on behalf of the Defendant Cleveland Thor Adams, and requests that copies of all pleadings filed in this action be mailed to his office at 425 G Street, Suite 620, Anchorage, Alaska 99501-2137.

DATED at Anchorage, Alaska November 29, 2006.

RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　____s/ G. Blair McCune____
　　　　　　　　　　　　　　　　　　　G. BLAIR McCUNE
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　425 G St., Suite 620
　　　　　　　　　　　　　　　　　　　Anchorage, Alaska  99501-2137
　　　　　　　　　　　　　　　　　　　Tel. (907) 644-8568
　　　　　　　　　　　　　　　　　　　Fax (907) 644-9008
　　　　　　　　　　　　　　　　　　　E-mail: mccune@gci.net
　　　　　　　　　　　　　　　　　　　Alaska Bar No. 7906037

<u>Certification</u>

I certify that on November 29, 2006 a copy of the foregoing **ENTRY OF APPEARANCE** was served electronically on:

Mr. Bryan D. Schroder
Assistant United States Attorney


\_\_\_\_s/ G. Blair McCune\_\_\_\_
G. BLAIR McCUNE
Attorney for Defendant