UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AMENDED
TRANSCRIPT DESIGNATION FORM

RECEIVED
DEC 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # **06-30519**    U.S. District Court # **4:06-cr-00009-JKS**

Short Case Title **US v. CLEVELAND ADAMS**

Date Notice of Appeal Filed by Clerk of District Court **SEPTEMBER 15, 2006**

Section A - To Be completed by Party Ordering Transcript **AMENDED DESIGNATION - ADDITIONAL TRANSCIPTS**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| **4/25/2006; 6/15/2006; 6/19/2006** | **(CONFERENCES)** | PRE-TRIAL PROCEEDINGS |
| **9/12/2006** | | OTHER **IMP. OF SENTENCE** |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____

Signature of Attorney **G Blair McCune**    Phone Number **(907) 644-8568**

Address **425 G. St., Suite 620, ANCHORAGE, AK 99501-2137**

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
            (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

     Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

     Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)