G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CLEVELAND THOR ADAMS,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 4:06-cr-00009-JKS<br><br>**CERTIFICATE OF SERVICE** |

G. Blair McCune, Attorney at Law, hereby certifies that copies of Defendant's Amended Transcript Designation Form, Amended Transcript Order, and this document were hand delivered today to the office of:

  Mr. Bryan D. Schroder, Assistant United States Attorney
  222 W. 7th Ave., C-253, Anchorage, Alaska

DATED at Anchorage, Alaska December 15, 2006.

RESPECTFULLY SUBMITTED,

*/s/ G. Blair McCune*
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008