IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                         Plaintiff,         )<br>                                                              )<br>            vs.                                         )<br>                                                              )<br>CLEVELAND THOR ADAMS,         )<br>                                                              )<br>                         Defendant.     )<br>_____) | Case No. 4:06-cr-00009-JKS<br><br>**PROPOSED ORDER<br>GRANTING DETENTION HEARING** |

      Based on the Defendant's Motion for Released Pending Appeal and this Court being fully advised

      IT IS HEREBY ORDERED that Defendant's request for a detention hearing to determine whether he should be released pending appeal is GRANTED.  A detention hearing is set before Magistrate Judge _____ on the _____ day of _____ , 2007 at _____ a.m./p.m. in Courtroom _____.

      DATED AND ENTERED this ____ day of _____, 2007.


_____
Hon. _____
United States District Court Judge