G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLEVELAND THOR ADAMS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 4:06-cr-00009-JKS <br><br> **DECLARATION OF COUNSEL** |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I represent the Defendant in the above-styled case. The facts set out in the Motion for Release Pending Appeal are true to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: April 24, 2007.

                                                        ____s/ G. Blair McCune____
                                                        G. BLAIR McCUNE
                                                        Attorney for Defendant
                                                        425 G St., Suite 620
                                                        Anchorage, Alaska 99501-2137
                                                        Tel. (907) 644-8568
                                                        Fax (907) 644-9008
                                                        E-mail: mccune@gci.net
                                                        Alaska Bar No. 7906037