NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLEVELAND THOR ADAMS,<br><br>Defendant. | Case No. 4:06-cr-00009-RRB<br><br>**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL** |

COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and responds in opposition to defendant's motion for release pending appeal.  The Defendant's motion cites the wrong standard for requesting release pending appeal upon conviction for a violent crime.  Application of the appropriate section of the statute requires detention of the Defendant.

In his motion, the Defendant cites 18 U.S.C. §3143(b)(1) as the basis for his request. However, the standards in (b)(1) only apply "[e]xcept as provided in paragraph (2)." Section 3143(b)(2) provides that:

> [t]he judicial officer <u>shall</u> order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, <u>be detained</u>. [Emphasis added]

Section 3142(f)(1)(A) includes "a crime of violence, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed."

The definition of a crime of violence is found in 18 U.S.C. §3156, which applies to sections 3141-3150: "an offense which has an element of the offense, the use, attempted use, or threatened use of physical force against the person or property of another," or " any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense."

The Defendant was convicted of violating 18 U.S.C. §2113(a) and (d), bank robbery using a dangerous weapon, clearly a crime of violence, and an offense with a maximum penalty of 25 years imprisonment. Thus, the appropriate subsection of the statute to apply related to the Defendant's request for release pending appeal is 18 U.S.C. §3143(b)(2).

Under the plain language of 18 U.S.C. §3143(b)(2), the Defendant must be detained, even if he meets the conditions listed in 3143(b)(1). The Defendant's only opportunity for release comes if he or she can clearly show "exceptional reasons" under 18 U.S.C. §3145(c) why they should not be detained. U.S. v. Garcia, 340 F.3d 1013, 1015 (2003).

The Defendant has alleged no exceptional circumstances. Moreover, his attempt to allege that he is not a flight risk or danger to the community must also fail. He proposes to offer statements that he is not a flight risk or danger to the community, but evidence educed at trial clearly shows otherwise. The Defendant was convicted of armed bank robbery, and brandishing a weapon during that robbery. The court heard the testimony of the victims, and viewed the photographs introduced at trial of the Defendant brandishing a handgun. That evidence clearly shows a danger to the community.

Moreover, after the Defendant robbed the bank he was able to avoid law enforcement officers and flee Fairbanks. He was apprehended in Anchorage one month later. He has fled to avoid prosecution before, and it cannot be said he clearly and convincingly will not flee again. When held up against the evidence, bald statements by the Defendant that he is not a danger to the community or a flight risk cannot rise to the level of clear and convincing evidence, and do not justify a hearing.

The Defendant did not allege any exceptional circumstances, thus has not met the plain language requirement of 18 U.S.C. §3143(b)(2) and §3145(c). The Defendant's motion for release pending appeal should be denied.

RESPECTFULLY SUBMITTED this <u>14th</u> day of May, 2007, at Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> <u>s/Bryan Schroder</u>
> BRYAN SCHRODER
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> Email: bryan.schroder@usdoj.gov
> Bar # 0702003

**CERTIFICATE OF SERVICE**

I hereby certify that on May  14 , 2007,
that a true and correct copy of the foregoing
**GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION FOR RELEASE
PENDING APPEAL**, was
served, via Electronic Filing, on:

**G. Blair McCune**

s/Bryan Schroder