IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
FAIRBANKS DIVISION

| | | |
|---|---|---|
| **CLEVELAND ADAMS,** | * | |
| Movant, | * | Civil No.: _____ |
| | * | |
| Vs. | * | |
| | * | Crim. No.: **4:06-CR-00009-TKS** |
| **UNITED STATES OF AMERICA,** | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

**COMES NOW**, movant, Cleveland Adams, acting in propria persona in this above entitled "Motion," and, does respectfully move this Honorable Court to consider the following in support of this motion.

1)  Name and location of the court which entered the judgment of conviction under attack:

    **United States District Court for the District of Alaska, Fairbanks Division**

2)  Date of judgment of conviction: **June 30, 2006**

3)  Length of sentence: **189 months**

4)  Nature of the offense: **Armed Bank Robbery, a violation of 18 U.S.C. §2113(a) and (d); Possession of a firearm in Furtherance of a Crime of Violence, 18 U.S.C. §924(c)(1)(A) and 18 U.S.C. §924(c)(1)(A)(ii)**

5)  What was your plea to the charge: **Not Guilty**

6)  What kind of trial did you have: **Jury**

7)   Did you testify at trial: **No**

8)   Did you appeal the conviction: **Yes**

9)   If you did appeal, answer the following:

   a)   Name of court: **Ninth Circuit Court of Appeals**

   b)   Result: **Affirmed**

   c)   Date of result: **August 22, 2007**

   d)   Ground raised: **District Court erred in denying motion to suppress the unnecessarily suggestive photographic lineup identification and subsequent in-court identification. And, District Court failed to instruct jury that brandishing firearm had to be found beyond a reasonable doubt. And, the 189 month sentence imposed on courts was excessive.**

10)  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, application, or, motions with respect to this judgment in any court, state or federal: **No**

11)  State concisely every ground on which you claim that you are being held unlawfully:

**Ground I**:

   Ineffective assistance of counsel in violation of Movant's Sixth Amendment:

**Claim II**:

   Counsel provided Movant ineffective assistance of counsel in violation of Petitioners Sixth Amendment right during the pre-trial, trial, and appellate process when counsel failed to (1) file a motion to suppress the hybrid evidence of the vehicle and its contents because (a) There was no proof whatsoever the cash belonged to that Credit Union; (b) there was no proof that the sweater was the one used in the robbery; and, (c) there was no

proof that the car was the same vehicle used in the robbery; (2) Failure to seek appointment of a defense expert witness to impeach the government witness who was allowed to imply implications; (3) Filed a motion to dismiss the case on fast and speedy trial pre-accusation delay grounds; (4) Not objecting to suppress evidence favorable to the defense of Mr. Harrell's police statement and the outside surveillance video tapes of the Credit Union; (5) Not objecting to Jury Selection procedures on systematic bias against cross section of the community minorities, (6) Not objecting during trial of the police identification of the sweatshirt when that officer did not witness the robbery; and, (7) Not objecting to the introduction of the phone records as those calls have no relation to the robbery alleged.

12)   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C. §2255 does not bar your motion: **Denial of Ninth Circuit decision entered on August 20, 2007. Also, due to official interference Petitioner was unable to research all his possible claims and defenses due to a series of emergency prison lock-downs**

## CONCLUSION

**WHEREFORE**, the movant prays that this Court **GRANT** relief to which he may be entitled in this proceeding.

Respectfully submitted,

*Cleveland Adams*

Cleveland Adams
#14780-006
USP-Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia
26525-2000

3

## DECLARATION

I, Cleveland Adams, do hereby declare, under the penalties of perjury, pursuant to **28 U.S.C. §1746**, that the foregoing is true and correct to the best of his personal knowledge and belief, and, to validate this instrument, I do hereon place both my hand and seal this 21 day of August, 2008.

Respectfully submitted,

*Cleveland* (SEAL)

Cleveland Adams
#14780-006
USP-Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia
26525-2000

## CERTIFICATE OF SERVICE

I, Cleveland Adams, do hereby certify, that on this 21 day of August, 2008, did place a true and correct copy of this instant "Motion" into the United States Mail, postage pre-paid to:

*United States Courthouse, c/o the Office of the U.S. Attorney, 332 Fed. Building, 101 Twelfth Avenue, Fairbanks Alaska 99701-6283*

Respectfully submitted,

*Cleveland Adams*

Cleveland Adams
#14780-006
USP-Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia
26525-2000



RECEIVED
SEP 9 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Mr. Cleveland Adams
#14780-006
USP Hazelton
P.O. Box 2000
Bruceton Mils, West Virginia
26525

UNITED STATES DISTRICT COURT
UNITED STATES COURT HOUSE
OFFICE OF THE U.S. ATTORNEY
332 FED. BUILDING, 101 TWELFTH AVENUE
FAIRBANKS, ALASKA  99701-6283

"LEGAL MAIL"
18 U.S.C. 1702-1709 ET. SEQ.;
28 (CFR") 540.19 ET. SEQ.