G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax: (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:06-cr-00009-JKS |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| vs. | ) | **AS COUNSEL** |
| | ) | |
| CLEVELAND THOR ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      G. Blair McCune, Attorney at Law, moves this court for leave to withdraw as counsel for Defendant Cleveland Thor Adams pursuant to D. Ak. LR 11(f).  Counsel was appointed to represent Mr. Adams in his direct appeal in the United States Court of Appeals for the Ninth Circuit in Case No. 06-30519 pursuant to the Criminal Justice Act.

      The reason counsel is moving to withdraw is because Mr. Adams recently filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence.  (Docket No. 100)  In this motion Mr. Adams argues that his attorneys provided him with ineffective assistance of counsel "during the pre-trial, trial, and appellate process."  (Docket No. 100 at

2).  Representing Mr. Adams in his § 2255 motion would result in a conflict of interest for counsel.  *See* Alaska Professional Conduct Rule 1.7.

This court already has taken steps to ascertain whether Mr. Adams wishes to proceed *pro se* or have counsel appointed for him.  (Docket No. 101)  D. Ak. LR 11(f) provides that consent of the client is normally required.  But counsel believes consent is unnecessary because of the arguments in Mr. Adams' motion and because of the steps this court has taken to appoint counsel if Mr. Adams so requests.  A copy of this motion is being served by mail on Mr. Adams.

Therefore, counsel respectfully requests that this court grant counsel leave to withdraw as Mr. Adams' attorney.

DATED at Anchorage, Alaska September 17, 2008.

RESPECTFULLY SUBMITTED,

____s/ G. Blair McCune____
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on September 17, 2008 copies of the **MOTION TO WITHDRAW AS COUNSEL, DECLARATION OF COUNSEL** and **PROPOSED ORDER** were served electronically on:

Mr. Bryan Schroder
Assistant United States Attorney
Attorney for Plaintiff

Copies of these documents were also mailed to:

Mr. Cleveland Thor Adams (#14780-006)
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525


___s/ G. Blair McCune___
Attorney at Law
Attorney for Defendant