IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:06-cr-00009-JKS |
| Plaintiff, | ) | |
| | ) | **PROPOSED ORDER** |
| vs. | ) | **GRANTING MOTION TO WITHDRAW** |
| | ) | |
| CLEVELAND THOR ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the Motion to Withdraw as Counsel submitted by G. Blair McCune, Attorney at Law, and this Court being fully advised

IT IS HEREBY ORDERED that the motion to withdraw as counsel is GRANTED.

DATED AND ENTERED this ____ day of _____, 2008.

_____
Hon. James K. Singleton, Jr.
United States District Court Judge