G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>CLEVELAND THOR ADAMS,   )<br>   )<br>   Defendant.   )<br>_____ ) | Case No. 4:06-cr-00009-JKS<br><br>**DECLARATION OF COUNSEL** |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. The facts set out in the Motion to Withdraw as Counsel are true to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: September 17, 2008.

              ____s/ G. Blair McCune____
              G. BLAIR McCUNE
              Attorney for Defendant
              425 G St., Suite 620
              Anchorage, Alaska 99501-2137
              Tel. (907) 644-8568
              Fax (907) 644-9008
              E-mail: mccune@gci.net
              Alaska Bar No. 7906037