IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CLEVELAND THOR ADAMS,  )<br>  )<br>Defendant.  )<br>_____ ) | Case No. 4:06-cr-00009-JKS<br><br>**ORDER GRANTING<br>MOTION TO WITHDRAW** |

The Court has considered the motion to withdraw and finds good cause for the withdrawal of G. Blair McCune as counsel for Defendant. Counsel's motion at **Docket No. 102** is **GRANTED**, effective immediately.

**IT IS SO ORDERED**.

Dated this the 18th day of September, 2008.

                                                        /s/ James K. Singleton, Jr.
                                                           James K. Singleton, Jr.
                                                United States District Court Judge