G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax: (907) 644-9008
E-mail: mccune@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CLEVELAND THOR ADAMS,  )<br>  )<br>          Defendant.  )<br>_____ ) | Case No. 4:06-cr-00009-JKS<br><br>**NOTICE TO TERMINATE**<br>**ELECTRONIC SERVICE** |

  G. Blair McCune, Attorney at Law, gives notice that he is no longer active in the case and authorizes the Clerk's Office to terminate electronic service of all future documents filed in the above-entitled case.

  DATED at Anchorage, Alaska September 18, 2008.

  RESPECTFULLY SUBMITTED,

      ____s/ G. Blair McCune____
      G. BLAIR McCUNE
      Attorney for Defendant
      425 G St., Suite 620
      Anchorage, Alaska  99501-2137
      Tel. (907) 644-8568
      Fax (907) 644-9008
      E-mail: mccune@gci.net
      Alaska Bar No. 7906037

Certification

I certify that on September 18, 2008 a copy of the **NOTICE TO TERMINATE ELECTRONIC SERVICE** was served electronically on:

Mr. Bryan Schroder
Assistant United States Attorney
Attorney for Plaintiff


___s/ G. Blair McCune___
Attorney at Law
Attorney for Defendant