AO 442 (Rev. 12/85) Warrant for Arrest

FID# 1127783

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA


RECEIVED
SEP 19 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

~~SECRET~~

V.

CLEVELAND THOR ADAMS

**WARRANT FOR ARREST**

CASE NUMBER: 4:06-CR-00009-RRB

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Cleveland Thor Adams and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
**18:2113(a) and (d) BANK ROBBERY - Count 1**
**18:924(c)(1)(A) and 924(c)(1)(A)(ii) - POSSESSION OF A FIREARM IN FURTHERANCE OF A VIOLENT CRIME - Count 2**

Ida Romack
Name of Issuing Officer

REDACTED SIGNATURE      Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

February 22, 2006 at Anchorage, AK
Date and Location

by  Magistrate Judge Terrance W. Hall

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: OFF WRIT |
| DATE RECEIVED 2-22-06   NAME AND TITLE OF ARRESTING OFFICER SDUSM LISA Norbert   SIGNATURE OF ARRESTING OFFICER |
| executed: 3/9/06 |